

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00880-CV

Stacy Joanna **MAURICIO**,
Appellant

v.

Rueben **MAURICIO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-06556
Honorable John D. Gabriel, Jr., Judge Presiding

PER CURIAM

Sitting:    Karen Angelini, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

Delivered and Filed:  May 6, 2015

DISMISSED FOR LACK OF JURISDICTION

Stacy Joanna Mauricio has filed a notice of appeal, stating that she intends to appeal from the trial court's judgment of November 14, 2014. The clerk's record includes "Judge's Notes," which indicate a trial was held on November 14, 2014 regarding the parties' divorce proceedings. However, there is no final judgment signed by the trial court contained within the clerk's record. It therefore appears that there is not yet a final, appealable judgment in the underlying cause and the notice of appeal is prematurely filed.

We therefore ordered Stacy Joanna Mauricio to show cause in writing why this appeal should not be dismissed for lack of jurisdiction. No response has been filed. We dismiss for this appeal for lack of jurisdiction.

PER CURIAM